FILED
2019 JUN 21  PM 3:43
CLERK U.S. DISTRICT
CENTRAL DIST. OF CA
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LEO HU,<br><br>　　　　Defendant. | CR No. 19CR00367-DOC<br><br>I N F O R M A T I O N<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine] |

The United States Attorney charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about May 22, 2019, in Los Angeles County, within the Central District of California, defendant LEO HU knowingly and intentionally possessed with intent to distribute at least 500 grams,

//
//
//
//
//
//
//
//

that is, approximately 43.8 kilograms, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

CAROL A. CHEN
Assistant United States Attorney
Chief, International Narcotics,
  Money Laundering, & Racketeering
  Section

SHAWN J. NELSON
Assistant United States Attorney
Deputy Chief, International
Narcotics,
  Money Laundering, & Racketeering
  Section

MICHAEL G. FREEDMAN
Assistant United States Attorney
  International Narcotics, Money
  Laundering, & Racketeering
  Section