Mona C. Soo Hoo
Attorney at Law
CA Bar No. 108859
624 S. Grand Ave., FL22
Los Angeles, CA 90017-3323
T: 213.623.5255 | F: 310.742.5100 |
E: msoohoo@earthlink.net

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s)<br>v.<br>LEO HU,<br>Defendant(s). | CASE NUMBER:<br>19-CR-00367-DOC<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

_____LEO HU_____  ☐ Plaintiff  X☐ Defendant ☐ Other _____ *Name of Party*

to substitute _____Mona C. Soo Hoo_____ who is

x☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_____624 S. Grand Ave., FL22_____ *Street Address*

_____Los Angeles, CA 90017-3323_____      _____msoohoo@earthlink.net_____
*City, State, Zip*                                                    *E-Mail Address*

_____213.623.5255_____        _____310.742.5100_____        _____108859_____
*Telephone Number*                *Fax Number*                       *State Bar Number*

as attorney of record instead of _____Pedro V. Castillo, Federal Public Defender's Office_____
                                 List **all** attorneys from same firm or agency who are withdrawing

_____
_____

**is hereby**    ☐ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____        _____
                                    U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17) PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY